**Jerome S. MURRAY and Grace H. Murray, Petitioners,**

v.

**COMMISSIONER OF INTERNAL REVENUE, Respondent.**

**No. 10670.**

United States Court of Appeals
Fourth Circuit.

Argued Dec. 9, 1966.

Decided Jan. 6, 1967.

Stanley Worth, Washington, D. C. (Scott P. Crampton, Joseph A. McMenamin and Korner, Doyle, Worth & Crampton, Washington, D. C., on brief), for petitioners.

Lawrence B. Silver, Attorney, Department of Justice (Mitchell Rogovin, Asst. Atty. Gen., Meyer Rothwacks and Fred R. Becker, Attorneys, Department of Justice, on brief), for respondent.

Before HAYNSWORTH, Chief Judge, and BRYAN and J. SPENCER BELL, Circuit Judges.

PER CURIAM:

This is a petition for review of a decision of the Tax Court finding that certain sales of real estate made by the husband were sales of capital assets, while other sales of real estate or of contractual interests in real estate, were of property held primarily for sale to customers in the ordinary course of Murray's business.

For the reasons stated by the Tax Court,[1] we deny the petition. Judge Kern's opinion is entirely consistent with the subsequent decision of the Supreme Court in Malat v. Riddell, 383 U.S. 569, 86 S.Ct. 1030, 16 L.Ed.2d 102. Nothing in *Malat* requires a modification of the result in the Tax Court.

Affirmed.

**UNITED STATES of America, Appellee,**

v.

**Richard Gene BARRIER, Appellant.**

**No. 10805.**

United States Court of Appeals
Fourth Circuit.

Argued Dec. 9, 1966.

Decided Jan. 6, 1967.

I. C. Crawford, Asheville, N. C. (Court-appointed counsel), for appellant.

Wm. Medford, U. S. Atty., for appellee.

Before HAYNSWORTH, Chief Judge, and BRYAN and J. SPENCER BELL, Circuit Judges.

PER CURIAM:

Upon consideration of the briefs and the earnest argument of court-assigned counsel for the appellant, we find that the testimony supports the finding of guilt and there is no defect or invalidity in the sentence.

Affirmed.

1. Jerome S. Murray and Grace H. Murray v. Commissioner of Internal Revenue, T.C. Memo. 1965–148.